1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NABIL MOSARAH, et al.,

11            Plaintiffs,                    No. CIV S-11-2705 MCE CKD PS

12        vs.

13   SUNTRUST MORTGAGE, INC.

14            Defendants.              <u>ORDER</u>

15   _____/

16            Plaintiffs are proceeding in this action pro se.  This action was removed from the

17   Superior Court of California, County of Stanislaus on the basis of diversity jurisdiction.  The

18   federal venue statute requires that a civil action wherein jurisdiction if founded only on diversity

19   of citizenship may be brought only in "(1) a judicial district where any defendant resides, if all

20   defendants reside in the same State, (2) a judicial district in which a substantial part of the events

21   or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

22   of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

23   no district in which the action may otherwise be brought."  28 U.S.C. § 1391(a).

24            In this diversity action, all of the defendants do not reside in the same State.

25   However, the real property at issue in this case is situated in Stanislaus County.  Therefore,

26   /////

1  plaintiffs' state court action should have been removed to the United States District Court for the

2  Eastern District of California, Fresno Division.  See Local Rule 120(d).

3          Pursuant to Local Rule 120(f), a civil action which has not been commenced in

4  the proper division of a court may, on the court's own motion, be transferred to the proper

5  division of the court.  Therefore, this action will be transferred to the Fresno Division of the

6  court.

7          Good cause appearing, IT IS HEREBY ORDERED that:

8          1.  This action is transferred to the United States District Court for the Eastern

9  District of California sitting in Fresno; and

10          2.  All future filings shall reference the new Fresno case number assigned and

11  shall be filed at:

12          United States District Court
           Eastern District of California
13          2500 Tulare Street
           Fresno, CA 93721

14

15  Dated: October 17, 2011

16                                              _____
                                                CAROLYN K. DELANEY
17                                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

2