**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NABIL MOSARAH, IBTISSAM HUSSEIN, )<br><br>  Plaintiffs, )<br><br>  v. )<br><br>SUNTRUST MORTGAGE, INC.; NATIONSTAR; FANNIE MAE; and DOES 1 TO 100, inclusive, )<br><br>  Defendants. ) | CASE NO. 1:11-CV-1739 AWI SKO<br><br>ORDER VACATING HEARING DATE OF DECEMBER 19, 2011 AND TAKING MATTER UNDER SUBMISSION |

Defendant Suntrust Mortgage, Inc. has made a motion to dismiss for failure to state a claim. Doc. 6. The deadline for a response has passed, and Plaintiffs have not filed any opposition. As such, Plaintiffs are no longer entitled to be heard at oral argument. See Local Rule 230(c). The Court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 19, 2011, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  _December 14, 2011_

_____
CHIEF UNITED STATES DISTRICT JUDGE

1