IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIL MOSARAH;<br>IBTISSAM HUSSEIN<br><br>              Plaintiffs,<br><br>   v.<br><br>SUNTRUST MORTGAGE, a Delaware corporation; NATIONSTAR, a Delaware corporation; FANNIE MAE, a California corporation; and DOES 1-100, inclusive<br><br>              Defendants. | 1:11-cv-01739-AWI-SKO<br><br>ORDER VACATING HEARING DATE OF FEBRUARY 27, 2012 AND TAKING MATTER UNDER SUBMISSION |

The motion of defendants Nationstar Mortgage, LLC and Federal National Mortgage Association to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) has been set for hearing on February 27, 2012. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). Accordingly, the previously scheduled hearing date of February 27, 2012 is hereby VACATED, and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:    February 22, 2012

                                CHIEF UNITED STATES DISTRICT JUDGE