**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NABIL MOSARAH;<br>IBTISSAM HUSSEIN<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SUNTRUST MORTGAGE, a Delaware corporation; NATIONSTAR, a Delaware corporation; FANNIE MAE, a California corporation; and DOES 1-100, inclusive<br><br>　　　　Defendants. | 1:11-cv-01739-AWI-SKO<br><br>ORDER VACATING HEARING DATE OF JUNE 4, 2012 AND TAKING MATTER UNDER SUBMISSION |

The motion of defendant Mortgage Electronic Registration Systems, Inc., to dismiss the complaint of plaintiffs Nabil Mosarah and Ibtissam Hussein pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) has been set for hearing on June 4, 2012.  The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument.  *See* Local Rule 230(g).  Accordingly, the previously scheduled hearing date of June 4, 2012 is hereby VACATED, and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:    May 25, 2012

　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE